### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLON JACKSON and SAUNDRA COLE </br>    Plaintiffs, </br> v. </br></br> CHRISTOPHER GOETZ, SCOTT BROWN, and ROBERT BERBERICH </br>    Defendants. | CIVIL ACTION </br></br> No. 2:19-cv-00258-CRE </br></br> Judge Cynthia R. Eddy </br></br> JURY TRIAL DEMANDED |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion for Summary Judgment filed on behalf of Defendants, Plaintiff's response thereto and the briefs and appendices filed in support thereof, IT IS HEREBY ORDERED that Defendants' motion for Summary Judgment is **GRANTED.** Plaintiffs' claims are dismissed with prejudice. The Clerk shall mark this case closed.

_____
Cynthia Reed Eddy
United States Magistrate Judge